UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT CARP and<br>JET SET EXPRESS, INC.,<br><br>    Plaintiffs<br><br>v.<br><br>XL INSURANCE, DAVID B. DUCOS,<br>NATIONAIR AVIATION INSURANCE,<br>AND W. BROWN & ASSOCIATES<br>INSURANCE SERVICES<br><br>    Defendants | Docket No. 10-10713-NMG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant, NationAir Aviation Insurance ("NationAir"), hereby submits the following corporate disclosure statement:

NationAir has no parent corporation, and no public corporation owns 10% or more of its stock.

Respectfully submitted,

NATIONAIR AVIATION INSURANCE,
By its attorneys,

/s/ Patricia B. Gary
Kenneth B. Walton, BBO #562174
Patricia B. Gary, BBO #554731
DONOVAN HATEM LLP
Two Seaport Lane, 8th Floor
Boston, MA 02210
(617) 406-4500

Dated: November 24, 2010

## **CERTIFICATE OF SERVICE**

      In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on November 24, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants.

                                              /s/ Patricia B. Gary
                                              Patricia B. Gary

01318181